## Dwayne A. PHILLIPS, Jr., Appellant,

### v.

## STATE of Missouri, Respondent.

### No. ED 93426.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 12, 2010.

Alexandra Johnson, St. Louis, MO, for appellant.

Chris Koster and John M. Reeves, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

1. All rule references are to Mo. R.Crim.

*ORDER*

PER CURIAM.

Dwayne A. Phillips, Jr. appeals from the motion court's judgment denying his Rule 29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Rule 84.16(b).

P.2010, unless otherwise indicated.